CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>**v.**<br>**Gerardo Tejada-Calleja**<br>DOB: 2003; Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO. **25-04720MJ** |

Complaint for violations of Title 18, United States Code, Section 111(a) and Title 8, United States Code, Section 1325(a)(1).

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

**Count One**: On or about March 2, 2025, in the District of Arizona, Defendant **Gerardo Tejada-Calleja** did intentionally and forcibly assault United States Border Patrol Agent S.A., an agent of the United States as designated in section 18 U.S.C. § 1114, while Agent S.A. was engaged in, or on account of the performance of his official duties, by intentionally wrapping his arms around Agent S.A. and taking **him** down to the ground, such act involving physical contact, a felony. All in violation of Title 18, United States Code, Section 111(a).

**Count Two**: On or about March 2, 2025, in the District of Arizona, Defendant **Gerardo Tejada-Calleja**, an alien, did unlawfully enter the United States of America from Mexico, at a time and place other than as designated by Immigration Officers of the United States of America. All in violation of Title 8, United States Code, Section 1325(a)(1).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On March 2, 2025, at approximately 2:38p.m., United States Border Patrol Agent S.A., while in the performance of his official duties, responded to a location near Vamori, Arizona, on a report of suspected illegal aliens in the area. Agent S.A. found **Gerardo Tejada-Calleja** hiding under a tree, attempting to evade apprehension. **Gerardo Tejada-Calleja** took off running down a wash upon seeing Agent S.A. After a short foot chase, Agent S.A. found **Gerardo Tejada-Calleja** and another hiding under a tree and some brush. During attempts to apprehend the two individuals, Agent S.A. reached for his radio to let other agents know he needed assistance. **Gerardo Tejada-Calleja** grabbed the agent's radio and his gun belt area in an attempt to rip it out of the agent's hands. The agent responded with defensive strikes upon **Gerardo Tejada-Calleja** in an attempt to get him to release his grip. At that point, **Gerardo Tejada-Calleja** wrapped his arms around Agent S.A. taking the agent down to the ground backwards and onto his back. **Gerardo Tejada-Calleja** and the other individual were able to run down the wash,

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is*<br>*true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE & NAME:<br><br>U.S. Border Patrol Agent Pedro Leon |
|---|---|

Subscribed to and sworn before me telephonically.

| SIGNATURE OF MAGISTRATE JUDGE[1)] | DATE<br>March 3, 2025 |
|---|---|

[1)] **See Federal Rules of Criminal Procedure Rules 3 and 54**
Reviewing AUSA Raquel Arellano

25-04720MJ

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**

where they were subsequently apprehended.

During processing by Border Patrol, **Gerardo Tejada-Calleja** admitted to illegally crossing the international boundary on March 2, 2025 near Lukeville, Arizona, without being inspected by an immigration officer at a designated Port of Entry.

In a post-*Miranda* statement, **Gerardo Tejada-Calleja** admitted being a citizen of Mexico and entering the United States illegally on March 2, 2025. He stated he had no legal documentation allowing him to be legally in the United States. He admitted that a single agent found him and his brother hiding under a tree at the edge of a wash. He stated he attempted to run away because he was scared of being caught by Border Patrol. He stated the agent jumped on top of him and pushed him to the ground and did the same thing to his brother. **Gerardo Tejada-Calleja** admitted placing his hands on the agent by grabbing at the agent's upper body and arm area. He stated he then lifted the agent off his/ **Gerardo Tejada-Calleja's** brother enabling the two to get away. He admitted the agent was Border Patrol and that he should not have touched the agent. He also admitted to knowing that touching the agent in that way was against the law but claimed he did it because he was scared of being apprehended.